```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

BRIANA BECKWORTH,              )
                               )
            Plaintiff,         )          4:06CV3077
                               )
      v.                       )
                               )
JEFFERSON COUNTY, NEBRASKA,    )             ORDER
d/b/a JEFFERSON COUNTY         )
AMBULANCE DISTRICT 33,         )
                               )
            Defendant.         )
```

This case has been reassigned to the undersigned for judicial supervision and processing of all pretrial matters.

IT THEREFORE HEREBY IS ORDERED,

The pretrial conference that is set for March 19, 2007 at 1:30 p.m. will be held in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, **Lincoln, Nebraska**. Trial remains as previously set on March 26, 2007 before the Honorable Richard G. Kopf.

DATED this 6th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge