IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIANA BECKWORTH, | ) | 4:06CV3077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JEFFERSON COUNTY, NEBRASKA d/b/a | ) | |
| JEFFERSON COUNTY AMBULANCE | ) | |
| DISTRICT 33, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the parties' joint stipulation and motion for dismissal, this matter is dismissed with prejudice, each party to bear his or its own costs, complete record waived.


March 26, 2007        BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge